IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEMUEL L. COLE ,

     Appellant,

v.

DEPARTMENT OF
CORRECTIONS ,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1188

_____/

Opinion filed November 6, 2015.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Lemuel L. Cole, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, Kathleen C. Hagan, Assistant Attorney General,
for Appellee.

PER CURIAM.

     AFFIRMED.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.